3-22CV2594-M



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2022
CLERK, U.S. DISTRICT COURT
By_____ MS
Deputy

FREEDOM CHEVROLET BUICK GMC BY ED MORS
8008 MARVIN D LOVE FWY
DALLAS, TX 75237-3450

VS

CHADWICK DEWAYNE SMITH

### NOTICE OF DIRECTOR'S ORDER
### TO DEPOSIT FUNDS INTO THE COURT REGISTRY

Pursuant to Federal Rule of Civil Procedure 67 and in accordance with Defendant's Motion to Deposit Funds into an Interest-Bearing Account, the Clerk of Court is hereby ordered to accept the PAYMENT BOND CONTRACT NUMBER 1GCUDJED2NZ606023 and IRS PAYMENT COUPON NUMBER 1GCUDJED2NZ606023, payable to the Clerk, U.S. District Court, in the amount of one hundred thousand US DOLLARS ($100,000.00).
It is further ordered that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045. Pursuant to Standing Order No. 2016-11, a CRIS fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court shall be deducted from the interest earnings on the funds deposited with the Court.
It is further ordered that the sum of money so invested in the interest bearing CRIS fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Director.
The Clerk of Court is absolved of any liability by compliance with this Order.
It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.
It is so ordered
Dated this 8th day of November, 2022.

CHADWICK DEWAYNE SMITH
RECORDED INDIVIDUAL DIRECTOR
2900 PENNSYLVANIA RD
WICHITA FALLS, TX 76309-5030



RESOLUTION BY CORPORATION
CONFERRING AUTHORITY UPON AN OFFICER
TO EXECUTE A POWER OF ATTORNEY FOR
THE COLLECTION OF CHECKS DRAWN ON
THE UNITED STATES TREASURY



BUREAU OF THE
Fiscal Service
U.S. DEPARTMENT OF THE TREASURY

Resolved that  CHADWICK DEWAYNE SMITH ,
(Exact name of corporation)

does hereby name  :Chadwick , as attorney, to receive, endorse, and
(Name of attorney)

collect for and in behalf of the corporation any check drawn on the United States Treasury and to give full discharge

therefore; and further, that  CHADWICK DEWAYNE SMITH, RECORDED INDIVIDUAL DIR  be, and is hereby
(Name and title of officer)

authorized and empowered to execute, in behalf of said corporation, a power of attorney appointing the said

:Chadwick , as such attorney for the purpose above expressed.
(Name of attorney)

The said corporation hereby ratifies and confirms all that may lawfully be done by virtue hereof.

I HEREBY CERITIFY that the foregoing is a true and correct copy of a resolution passed at a  special 
(Regular or special)

meeting of the Board of  Chadwick , the governing body of

 CHADWICK DEWAYNE SMITH , a corporation duly organized and existing under
(Exact name of corporation)

and by virtue of the laws of  the UNITED STATES , held on the  31st  day of  October , 20 22 , at

 7:15 PM; CDT .

AND I FURTHER CERTIFY that due notice of said meeting was given to each member of said Board; that a quorum was present; and that said resolution has not been amended or repealed.

WITNESS my signature and the seal of said corporation this  31st  day of  October , 20 22 .

:Chadwick-Dewayne: Smith
(Official signature of officer)

RECORDED INDIVIDUAL DIRECTOR
(Official title of officer)

**IMPORTANT** - Do not execute this instrument without first reading the instructions on the next page. Exact compliance with these instructions will avoid complications.

---

FS Form 235
(SUPERCEDES SF 235 (APR 1963))

Department of the Treasury | Bureau of the Fiscal Service
Page 1 of 2

December 2021



## Freedom Chevrolet Received Your Request
1 message

**Misty Ayers at Freedom Chevrolet Buick GMC by Ed Morse** <misty.ayers@edmorsegroup.com>  Tue, Sep 27, 2022 at 11:11 AM
To: chadwicksmith228@gmail.com <chadwicksmith228@gmail.com>



Hi Chadwick

My name is Misty Ayers and I am your dedicated Internet Sales Manager here at Freedom Chevrolet Buick GMC. I want to make sure you get all the information that you need to make an educated buying decision and get the best customer service out there. We have one of the best selections of New and Preowned vehicles in the DFW and have access to thousands all over the nation. If we dont have it on our lot, we will get it.. Easy no haggle pricing and the best customer service!

I would love to earn your business, and would like to know your thoughts on this experience so we can improve to help better serve you! When would be the best time for you to come out and take a look at what we can do for you? Today or Tomorrow? Also let me know what times best so I can put you down for an appointment to give you all my attention!

Thanks for your inquiry and I look forward to helping you out on your next vehicle purchase!

Misty Ayers
Freedom Chevrolet Buick GMC by Ed Morse
misty.ayers@edmorsegroup.com
(940-500-0177

www.freedomchevydallas.com
Freedom Chevrolet Buick GMC
8008 Marvin D. Love Freeway
Dallas, Texas 75237

| | | | | |
|---|---|---|---|---|
| Sales: | Monday - Friday 8:00AM-8:00PM | Saturday 8:30AM-8:00PM | Sunday Closed | 888-652-0360 |
| Service: | Monday - Friday 7:30AM-6:00PM | Saturday 7:30AM-3:00PM | Sunday Closed | 888-652-0360 |
| Parts: | Monday - Friday 7:30AM-6:00PM | Saturday 7:30AM-3:00PM | Sunday Closed | 888-652-0360 |

# CHADWICK DEWAYNE SMITH

2900 PENNSYLVANIA RD | 940-730-3970 | chadwicksmith228@gmail.com

Date: October 24th, 2022

FREEDOM CHEVROLET BUICK GMC BY ED MORS
8008 MARVIN D LOVE FWY
DALLAS, TX 75237-3450

Subject: Letter of Intent to purchase 1500 SILVERADO HIGH COUNTRY VIN: 1GCUDJED2NZ606023

Dear FREEDOM CHEVROLET BUICK GMC BY ED MORS:

CHADWICK DEWAYNE SMITH takes this opportunity to declare his intention to purchase 1500 SILVERADO HIGH COUNTRY VIN: 1GCUDJED2NZ606023 with items of the Extras List attached from your organization in DALLAS, TX. CHADWICK DEWAYNE SMITH individual corporation is duly organized and existing under the laws of the State of Texas based on the Certificate for a Sole Proprietorship dated August 23rd, 2017. The principle business of the corporation is at 2900 PENNSYLVANIA RD, WICHITA FALLS, TX 76309-5030 which the principle activities include wholesale, trade, export, distribution and limited production of final goods.

In line with the above stated I, CHADWICK DEWAYNE SMITH, hereby confirms with full responsibility that I am willing and able to enter into contract for the purchase of the preceding items as specified above and the funding is available including any import or export permits that may occur for the benefit
of this particular purchase.

Sincerely,

CHADWICK DEWAYNE SMITH
RECORDED INDIVIDUAL DIRECTOR
2900 PENNSYLVANIA RD
WICHITA FALLS, TEXAS 76309-5030



AUTHORIZED REPRESENTATIVE

## EXTRAS LIST

1. Stealthbox custom-fit subwoofer

sealed fiberglass enclosure
two 12" 12TW3-D8 subwoofers
installs under the rear seat
800 watts RMS power handling (1600 watts peak power)
2-ohm total impedance
requires removal of under-seat storage tray and factory sub (if present)
warranty: 2 years
Our 60-day money-back guarantee
MFR # 94661

2. All badges and emblems painted gloss black.
3. Brake calipers painted to match body color.
4. Windows tinted 5% all the way around.
5. Straight pipe system.



# Application for Texas Title and/or Registration

Applying for (please check one):
☒ Title & Registration  ☐ Title Only  ☐ Registration Purposes Only  ☐ Nontitle Registration

For a corrected title or registration, check reason:
☒ Vehicle Description  ☐ Add/Remove Lien  ☐ Other: _____

**TAX OFFICE USE ONLY**
County: _____
Doc #: _____
☐ SPV  ☐ Appraisal Value $ _____

| 1. Vehicle Identification Number | 2. Year | 3. Make | 4. Body Style | 5. Model | 6. Major Color | 7. Minor Color |
|---|---|---|---|---|---|---|
| 1GCUDJED2NZ606023 | 2022 | CHEVROLET | truck | SILVERADO | white | black |

| 8. Texas License Plate No. | 9. Odometer Reading (no tenths) | 10. This is the Actual Mileage unless the mileage is: ☐ Not Actual ☐ Exceeds Mechanical Limits ☐ Exempt | 11. Empty Weight | 12. Carrying Capacity (if any) |
|---|---|---|---|---|
|  |  |  |  |  |

13. Applicant Type
☒ Individual  ☐ Business  ☐ Government  ☐ Trust  ☐ Non-Profit

14. Applicant Photo ID Number or FEIN/EIN: **C20996408**

15. ID Type
☐ U.S. Driver License/ID Card (issued by: _____ )
☒ Passport (issued by: **United States Department of State** )
☐ U.S. Citizenship & Immigration Services/DOJ ID
☐ NATO ID
☐ U.S. Military ID
☐ Other Military Status of Forces Photo ID
☐ U.S. Dept. of State ID
☐ U.S. Dept. of Homeland Security ID

16. Applicant First Name (or Entity Name)   Middle Name   Last Name   Suffix (if any)
**CHADWICK DEWAYNE SMITH**

17. Additional Applicant First Name (if applicable)   Middle Name   Last Name   Suffix (if any)

18. Applicant Mailing Address   City   State   Zip
**2900 PENNSYLVANIA RD WICHITA FALLS, TX 76309-5030**

19. Applicant County of Residence

20. Previous Owner Name (or Entity Name)   City   State   21. Dealer GDN (if applicable)   22. Unit No. (if applicable)

23. Renewal Recipient First Name (or Entity Name) (if different)   Middle Name   Last Name   Suffix (if any)

24. Renewal Notice Mailing Address (if different)   City   State   Zip

25. Applicant Phone Number (optional)   26. Email (optional)
27. Registration Renewal eReminder ☐ Yes (Provide Email in #26)
28. Communication Impediment? ☐ Yes (Attach Form VTR-216)

29. Vehicle Location Address (if different)   City   State   Zip

30. Multiple (Additional) Liens ☐ Yes (Attach Form VTR-267)
31. Electronic Title Request ☐ Yes (Cannot check #30)
32. Certified/eTitle Lienholder ID Number (if any)
33. First Lien Date (if any)

34. First Lienholder Name (if any)   Mailing Address   City   State   Zip

**MOTOR VEHICLE TAX STATEMENT**

35. Check only if applicable:
☐ I hold Motor Vehicle Retailer (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code §152.046[c])
☐ I am a dealer or lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002[c]). GDN or Lessor Number _____

36. Trade-In (if any)   Year   Make   Vehicle Identification Number
☐ Yes (Complete)
37. Additional Trade-In(s) ☐ Yes

**SALES AND USE TAX COMPUTATION**

38. Check only if applicable:
☐ (a) Sales Price ($ _____ rebate has been deducted)   $ _____
   (b) Less Trade-in Amount, described in Box 36 above   $ ( _____ )
   (c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction, described in Box 36 above   $ ( _____ )
   (d) Taxable Amount (Item a minus Item b or Item c)   $ _____
   (e) 6.25% Tax on Taxable Amount (Multiply Item d by .0625)   $ _____
   (f) Late Tax Payment Penalty ☐ 5% or ☐ 10%   $ _____
   (g) Tax Paid to _____ (STATE)   $ _____
   (h) AMOUNT OF TAX AND PENALTY DUE (Item e plus Item f minus Item g)   $ _____

☐ $90 New Resident Tax – (Previous State) _____
☐ $5 Even Trade Tax
☐ $10 Gift Tax – Attach Comptroller Form 14-317
☐ $65 Rebuilt Salvage Fee
☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs.) _____
☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs.) _____
☒ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because: **TEXAS TRANSPORTATION CODE SECTION 502.145**
☐ $28 or $33 Application Fee for Texas Title (Contact your county tax assessor-collector for the correct fee.)

**CERTIFICATION** – State law makes falsifying information a third degree felony

I hereby certify all statements in this document are true and correct to the best of my knowledge and belief, and I am eligible for title and/or registration (as applicable).
☒ (Check only if applicable) I certify I am applying for a corrected title and the original Texas Certificate of Title is lost or destroyed.

Signature(s) of Seller(s), Donor(s), or Trader(s): *:Chadwick-Dewayne: Smith*
Signature of Applicant/Owner

Printed Name(s) (Same as Signature(s)): **:Chadwick-Dewayne: Smith**
Printed Name (Same as Signature)

Date: **10/24/2022**

Signature(s) of additional Applicant(s)/Owner(s):
Printed Name(s) (Same as Signature(s)): **n/a**
Date:

Form 130-U Rev 02/22   Form available online at www.TxDMV.gov   Page 1 of 2

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 10-28-2022 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2025 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)
CHADWICK DEWAYNE SMITH
RECORDED INDIVIDUAL DIRECTOR
2900 PENNSYLVANIA RD
WICHITA FALLS, TX 76309-5030

**TYPE OF ORGANIZATION** ("X" one)
[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER (Specify)

**STATE OF INCORPORATION**
OKLAHOMA

**SURETY(IES)** (Name(s) and business address(es))

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| ************ | ********100 | ********000 | **********00 |

**CONTRACT DATE**: 10-28-2022
**CONTRACT NUMBER**: 1GCUDJED2NZ606023

OBLIGATION:
The Principal is firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, I bind myself, executors, administrators, and successors, jointly and severally. If no limit is indicated, the limit of liability is the full amount of the penal sum.
CONDITIONS:
See letter of credit attached.
WITNESS:
The Principal executed this payment bond and affixed his seals on the above date.
BENEFICIARY:
FREEDOM CHEVROLET BUICK GMC BY ED MORSE
for the purchase of vin1GCUDJED2NZ606023
Pursuant 12 usc 360-361; 31 usc 3123

**PRINCIPAL**

| SIGNATURE(S) | 1. Chadwick Dewayne Smith 10-28-2022 (Seal) | 2. (Seal) | 3. (Seal) |
|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. Chadwick-Dewayne Recorded Individual Director | 2. | 3. |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

CERTIFIED MAIL NUMBER 7021 1970 0001 3607 3939



**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0025





054647.101728.375830.3914 1 AB 0.428 693

CHADWICK DEWAYNE SMITH
RECORDED INDIVIDUAL DIRECTOR
2900 PENNSYLVANIA RD
WICHITA FALLS, TEXAS 76309-5030

054647

Pursuant 12 usc 360-361; 31 usc 3123

CHADWICK DEWAYNE SMITH hereby establishes this irrevocable and transferable letter of credit in the favor of FREEDOM CHEVROLET BUICK GMC BY ED MORSE for one or more drawings up one hundred thousand and no/100 US DOLLARS. This letter of credit is payable at the UNITED STATES TREASURY office at 1500 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20220 and expires with the close of business on or any automatically extended expiration date. We hereby take to honor IRS PAYMENT COUPON NUMBER 1GCUDJED2NZ606023 drawn on SOCIAL SECURITY INSURANCE TRUST ACCOUNT NUMBER 446667636 for all or any part of this credit if presented with this letter of credit at 1500 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20220 on or before expiration date or any automatically extended expiration date. Please use the exemption of CHADWICK DEWAYNE SMITH for the offset and adjustment of the charges against the, PARTY, CHADWICK DEWAYNE SMITH with the redemption in US MINT SILVER DOLLARS demanded with the full discharge for each transaction. It is a condition of this letter of credit that is deem to be automatically extended without amendment for 24 hours after the expiration date hereof or any future expiration date, unless at least sixty days prior to any expiration date, we notify you or the transferee by certified mail, or any other receipted means of delivery, that we elect not to consider this letter of credit renewed for any such additional period. At the time we notify you, we also agree to notify the FREEDOM CHEVROLET BUICK GMC BY ED MORSE by the same means of delivery. Whereas the Secretary of the Treasury of the UNITED STATES TREASURY is with the nomination for the assessment of the tax. This letter of credit is transferable. Transfers and assignments of the proceeds are to be effective with charge to the UNITED STATES TREASURY. Such transfer or assignment shall only be at the written direction of the UNITED STATES TREASURY and CHADWICK DEWAYNE SMITH in a form satisfactory to CHADWICK DEWAYNE SMITH. If this credit expires during an interruption of business of the UNITED STATES TREASURY, the UNITED STATES TREASURY specifically agrees to effect payment if this letter of credit is drawn against within thirty days after the resumption of business. For the settlement of the order of the IRS PAYMENT COUPON NUMBER 1GCUDJED2NZ606023 is with the delivery of VIN 1GCUDJED2NZ606023 to CHADWICK DEWAYNE SMITH and submission of an assessment with the acquisition of the proceeds from the tax of the charges along with a certified audit trail for each transaction to CHADWICK DEWAYNE SMITH at 2900 Pennsylvania Rd, Wichita Falls, Texas 76309-5030.
Sincerely,

CHADWICK DEWAYNE SMITH
RECORDED INDIVIDUAL DIRECTOR
2900 PENNSYLVA...
WICHITA FALLS,...

*Chadwick De...*
*10-28-2022*
AUTHORIZED R...

---

The IRS address must appear in the window.
0632204299

BODCD-WI

Pay to the order of the CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS the sum of one hundred thousand US DOLLARS.

Pursuant 12 usc 360-361; 31 usc 3123
INTERNAL REVENUE SERVICE

AUSTIN TX 73301-0025

446667636 0L SMIT 30 0         670

Use for payments

Letter Number: 1GCUDJED2N
Letter Date  : Z606023
Tax Period   : 10-28-2022

$100,000.00

*446667636*

CHADWICK DEWAYNE SMITH
RECORDED INDIVIDUAL DIRECTOR
2900 PENNSYLVANIA RD
WICHITA FALLS, TEXAS 76309-5030

*Chadwick Dewayne Smith*   10-28-2022
AUTHORIZED REPRESENTATIVE

CERTIFIED MAIL NUMBER 7021 1970 0001 3607 3939



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**FREEDOM CHEVROLET BUICK GMC**
**BY ED MORS**

**VS**

**CHADWICK DEWAYNE SMITH**

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, CHADWICK DEWAYNE SMITH, declare from my personal knowledge that the following facts are true:
1. Notice of Director's Order to Deposit Funds into the Court Registry
2. FS FORM 235 RESOLUTION BY CORPORATION
3. Letter of Intent to purchase
4. FORM 130-U Application for Texas title and registration
5. PAYMENT BOND CONTRACT NUMBER 1GCUDJED2NZ606023
6. IRS PAYMENT COUPON NUMBER 1GCUDJED2NZ606023

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 8th day of November, 2022.

CHADWICK DEWAYNE SMITH
RECORDED INDIVIDUAL DIRECTOR
2900 PENNSYLVANIA RD
WICHITA FALLS, TX 76309-5030



JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FREEDOM CHEVROLET BUICK GMC BY ED MORS

## DEFENDANTS
CHADWICK DEWAYNE SMITH

(b) County of Residence of First Listed Plaintiff **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **WICHITA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

ORIGINAL

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[x] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | PERSONAL PROPERTY | LABOR | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| [x] 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | SOCIAL SECURITY | 490 Cable/Sat TV |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| | | | | 862 Black Lung (923) | |
| | | | | 863 DIWC/DIWW (405(g)) | |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | Other: | 462 Naturalization Application | | |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 2045
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: November 8th, 2022
SIGNATURE OF ATTORNEY OF RECORD: *Chadwick Dewayne Smith*   11-08-2022

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Chadwick D. Smith
2900 Pennsylvania Rd
WF, TX 76309



7021 1970 0001 3607 3939



U.S. POSTAGE PAID
FCM LG ENV
WICHITA FALLS, TX
76308
NOV 12, 22
AMOUNT
$9.89
R2305E125498-01

Clerk's Office
1100 Commerce St
Dallas, TX 75242