IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHADWICK DEWAYNE SMITH,               Plaintiff, | ) ) |
| vs. | ) )   No. 3:22-CV-2594-M-BH |
| FREEDOM CHEVROLET BUICK GMC BY ED MORS,               Defendant. | ) ) ) ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**DATED this 6th day of January, 2023.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE