# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHADWICK DEWAYNE SMITH,  )<br>    Plaintiff,                              )<br>vs.                                              )         No. 3:22-CV-2594-M-BH<br>                                                  )<br>FREEDOM CHEVROLET BUICK  )<br>GMC BY ED MORS,                     )<br>    Defendant.                            ) | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow court orders.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**DATED this 6th day of January, 2023.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE